# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                              Case No.   09-15683-BKC-LMI
                                                    Chapter    7
KENDALL TRANSPORT INC.,

_____Debtor._____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( x )   The trustee has a balance of $68.26 remaining in the trustee's account which represents unpresented checks drawn and mailed to the Debtor pursuant to Order Authorizing the Trustee to Return Money and Close the Case, dated 3/16/2011, CP22. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )     The trustee has a balance of $_____ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: July 18, 2011

/S/
Marcia T. Dunn, Trustee
P.O. Box 561507
Miami, Florida 33256-1507
Telephone: (305) 275-2733
Facsimile: (305) 275-2732

LF-26 (rev. 12/01/02)

## SERVICE LIST

Office of the US Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130

JIM B. MILLER, ESQ.
19 West Flagler Street
Suite 416
Miami, FL 33130

JUAN CARLOS PRIETO, President
Kendall Transport, ,Inc.
5942 SW 147 PLACE
Miami, FL 33193

LF-26 (rev. 12/01/02)